1  **Steven J. Skikos (SBN 148110)**
   **Mark G. Crawford (SBN 136501)**
2  **Kathleen N. Millican (SBN 203691)**
3  **LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS**
   625 Market Street, 11th Floor
4  San Francisco, CA  94105
   Telephone: 415-956-5257
5  Facsimile: 415-956-4416
   kmillican@lopez-hodes.com
6

7  Attorneys for Plaintiffs

8

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12
   IN RE: BEXTRA AND CELEBREX           )   Master Docket No. M:05-CV-01699-CRB
13 MARKETING SALES PRACTICES AND        )
   PRODUCT LIABILITY LITIGATION         )
14                                       )   MDL No. 1699
                                         )
15                                       )
                                         )
16 MILES McCASLIN; GLORIA NATIVIDAD; )       CASE NO.  C-06-6125-CRB
17 HELEN POWELL; and SEYED YAGHOUBI,)
                                         )
18              Plaintiff,               )
   vs.                                   )
19                                       )   **NOTICE OF SUBSTITUTION OF**
                                         )   **COUNSEL and [PROPOSED] ORDER**
20 G.D. SEARLE & CO., PHARMACIA          )
   CORPORATION; MONSANTO COMPANY,)
21 a Delaware corporation; PFIZER, INC., a )
   Delaware corporation; PFIZER GLOBAL   )
22 RESEARCH & DEVELOPMENT,               )
23              Defendants.

24

25      COME  NOW  Plaintiffs  MILES  McCASLIN,  HELEN  POWELL  and  SEYED
26
   YAGHOUBI, only, and show the Court as follows:
27

28

                                   1.

1.     The original complaint Miles McCaslin, et al. v. G.D.Searle & Co., et al. was filed on September 29, 2006.

2.     Plaintiffs MILES McCASLIN, HELEN POWELL and SEYED YAGHOUBI, only, in this cause, have now retained alternate counsel:  Gerald B. Taylor, Jr. and Navan Ward, Jr. of the Law Firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., P.O. Box 4160, Montgomery, Alabama  36103-4160, (334) 269-2343 telephone, (334) 954-7555 facsimile.

3.     Plaintiffs MILES McCASLIN, HELEN POWELL and SEYED YAGHOUBI, only, in this cause, seek to allow the firm of Lopez, Hodes, Restaino, Milman and Skikos to withdraw from representing them in this action.

4.     Gerald B. Taylor, Jr. and Navan Ward, Jr. of the Law Firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. filed their notice of appearance as counsel on behalf of Plaintiffs MILES McCASLIN, HELEN POWELL and SEYED YAGHOUBI, only, in this cause. Said notice of appearance was filed on December 13, 2006.

WHERFORE, Plaintiffs pray the Court recognize said alternate counsel, Gerald B. Taylor, Jr. and Navan Ward, Jr. of the Law Firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as their counsel of record; and allow Lopez, Hodes, Restaino, Milman & Skikos to withdraw from their representation effective on receipt of this document.

Dated:  December 21, 2006

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

By
STEVEN J. SKIKOS
MARK G. CRAWFORD
KATHLEEN N. MILLICAN
Attorneys for Plaintiffs

2.

1

## <u>ORDER</u>

2

3    In consideration of the above and foregoing Notice of Substitution of Counsel, it is hereby

4  ordered that the firm of Lopez, Hodes, Restaino, Milman & Skikos is hereby withdrawn from the

5  representation of Plaintiffs MILES McCASLIN, HELEN POWELL and SEYED YAGHOUBI,

6  only, in this cause, and hereby is substituted as counsel of record, Gerald B. Taylor, Jr. and Navan

7  Ward, Jr. of the Law Firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

8

9  **IT IS SO ORDERED.**

10

11

12  DATE:__January 3, 2007_____

13                                        HONORABLE



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Substitution of Counsel and Proposed Order