Steven J. Skikos (SBN 148110)
**LOPEZ, HODES**
625 Market Street, 11th Floor
San Francisco, CA 94105
Telephone: 415-956-5257
Facsimile: 415-956-4416

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. C-06-6125-CRB<br>MDL DOCKET NO. 1699<br>District Judge: Charles R. Breyer |
| This document relates to | |
| MILES McCASLIN; GLORIA NATIVIDAD; HELEN POWELL; and SEYED YAGHOUBI, <br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF PLAINITFF GLORIA NATIVIDAD'S CLAIMS ONLY |

Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(i)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff Gloria Natividad, only, against defendants G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY and PFIZER, and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs. Plaintiff Gloria Natividad's claim was filed in a consolidated, multi-plaintiff complaint against defendants. This dismissal is a dismissal of plaintiff Gloria Natividad's claims only and

1

does not affect any claim brought by the remaining plaintiffs.

Dated: August 31, 2009        LOPEZ HODES

By: /signature/
Steven J. Skikos
Attorneys for Plaintiff, GLORIA NATIVIDAD

Dated: Oct. 22, 2009        DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 28, 2009

/signature/
Hon. Charles R. Breyer
United States District Judge