Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-6125 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Miles McCaslin, et al.,<br><br>           Plaintiffs<br><br>vs.<br><br>G.D. Searle & Co., et al.,<br><br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Miles McCaslin, Helen Powell, and Seyed Yaghoubi in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: 11-17, 2009 | By: /s/ Navan Ward J. |
| 2 | | |
| 3 | | **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** |
| 4 | | 218 Commerce Street<br>P.O. Box 4160 |
| 5 | | Montgomery, Alabama 36103<br>Telephone: 334-269-2343<br>Facsimile: 334-954-7555 |
| 6 | | |
| 7 | | *Attorneys for Plaintiffs* |
| 8 | DATED: Nov. 17, 2009 | By: /s/ |
| 9 | | |
| 10 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 11 | | New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 12 | | |
| 13 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 2 3 2009

/s/ Hon. Charles R. Breyer
United States District Court

-2-